NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROKSOLIANA DACHNIWSKYJ,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent,*

AND

**THERESA DACHNIWSKYJ,**
*Intervenor.*

---

2011-3158

---

Petition for review of the Merit Systems Protection Board in case no. CH0831100439-I-1.

---

## ON MOTION

---

## O R D E R

Theresa Dachniwskyj moves for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

__AUG 2 6 2011__                                   /s/ Jan Horbaly
Date                                               Jan Horbaly
                                                   Clerk

cc: Janice Lea Boback, Esq.
    Dmytro Kurywczak, Esq.
    Hilary A. Stern, Esq.                          **FILED**
                                          **U.S. COURT OF APPEALS FOR**
s20                                          **THE FEDERAL CIRCUIT**

                                                AUG 2 6 2011

                                                **JAN HORBALY**
                                                    **CLERK**